On review of submissions pursuant to section 500.11 of the Rules of the Court of Appeals (22 NYCRR 500.11), appeal dismissed, without costs, in a memorandum.

APPALACHIAN INSURANCE COMPANY, Respondent, v GENERAL ELECTRIC COMPANY, Appellant, and RIUNIONE ADRIATICA DI-SICURTA, Also Known as ADRIATIC INSURANCE COMPANY, et al., Respondents, et al., Defendants. (And a Third-Party Action.)

Submitted June 5, 2006; decided June 8, 2006

Motion by Certain Underwriters at Lloyd's, London for leave to file a brief amici curiae on the appeal herein granted. Two copies of the brief may be served and 24 copies filed within seven days.

Judge READ taking no part.

VICTOR BATSHEVER, Appellant, v MICHAEL ASEN et al., Respondents.

Submitted April 17, 2006; decided June 8, 2006

Motion for leave to appeal dismissed upon the ground that the Court of Appeals does not have jurisdiction to entertain this motion for leave to appeal from the order of the Appellate Division entered in this action commenced in the Civil Court of the City of New York (see NY Const, art VI, § 3 [b] [7]; CPLR 5602 [a]). Motion for poor person relief dismissed as academic.

CITIBANK, N.A., Respondent, v PETER CLAVAN, Appellant.

Submitted April 10, 2006; decided June 8, 2006

Motion for leave to appeal dismissed upon the ground that the Court of Appeals does not have jurisdiction to entertain this motion for leave to appeal from the order of the Appellate Division entered in this action commenced in the Civil Court of the City of New York (see NY Const, art VI, § 3 [b] [7]; CPLR 5602 [a]). Motion for a stay etc. dismissed as academic.